JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE COUSTEAU SOCIETY, INC., | CV 19-521 PA (MAAx) |
| Plaintiff, | JUDGMENT |
| v. | |
| CELINE COUSTEAU; CELINE COUSTEAU, LLC, | |
| Defendants. | |

Pursuant to the Court's June 19, 2019 Minute Order granting the Motion to Dismiss for Lack of Personal Jurisdiction filed by defendants Celine Cousteau and Celine Cousteau, LLC (collectively "Defendants"),

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that this action is dismissed without prejudice for lack of personal jurisdiction.

IT IS SO ORDERED.

DATED: June 19, 2019

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE